**No. 40994.**—Protest 977708–G of Lekas & Drivas (New York).

Opinion by EVANS, J. It was stipulated that the merchandise consists of origan or origanum the same as that passed upon in *United States* v. *Strohmeyer* (25 C. C. P. A. 120, T. D. 49242). The claim for free entry under paragraph 1722 was therefore sustained.

**No. 40995.**—Protest 963326–G of Europa Sales Corp. (New York).

Opinion by EVANS, J. Cheese sticks or tubes stipulated to be the same as those the subject of Abstract 18777 were held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 40996.**—Protests 962373–G, etc., of Julius Wile Sons & Co., Inc. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel cheese sticks similar to those involved in Abstract 17532 and cheese balls like those the subject of *Wile* v. *United States* (T. D. 49514) were held dutiable at 20 percent under paragraph 1558 as claimed.

**No. 40997.**—Protest 971059–G of Darmstadt, Scott & Courtney, Inc. (New York).

Opinion by EVANS, J. The evidence showed that the commodity is jute thread waste similar to that involved in Abstract 36301. The claim for free entry under paragraph 1750 was therefore sustained.

**No. 40998.**—Protest 980531–G of Don N. Allen (New York).

Opinion by EVANS, J. No evidence was offered in support of the claims made. On the record presented the protest was overruled.

**No. 40999.**—Protests 976996–G, etc., of A.L. Bazzini Co., Inc., et al. (New York).

Opinion by KEEFE, J. It was stipulated that the merchandise consists of dried figs strung on strings and packed in cases. The protests were sustained in accordance with the amended return of the weigher.